IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF(S)

VS.                              CASE NO. 13-40021

LAQUAN D. HAYNES                                                DEFENDANT(S)

## **O R D E R**

On January 31, 2014, the Court, following a hearing granted Ms. Teresa Bloodman's Motion to Withdraw as Counsel for the Defendant in this matter. ECF No. 49. As part of the Order granting the Motion to withdraw the Court directed Ms. Bloodman as follows:

> The court relieves Ms. Bloodman as counsel for Defendant. Ms. Bloodman is directed to turn over to the United States Attorney's Office any and all discovery material previously provided her by the Government.

At a hearing on today's date to address the appointment of new counsel for Defendant, the Court inquired as to the status of the return of any discovery materials to the Government. Counsel for the Government stated he had not received any of the previously disclosed discovery materials back from Ms. Bloodman since the hearing on January 31, 2014.

**IT IS THEREFORE ORDERED** Ms. Teresa Bloodman, former counsel for defendant in this matter shall turn over any and all discovery materials received by her from the Government in this matter to Government's Counsel **not later than 12:00 pm on Thursday February 27, 2014.** Failure to comply with this Order may result in a Show Cause Order being entered and sanctions being imposed against counsel.

**DATED** this **20th day of February 2014.**

/s/ Barry A. Bryant
HONORABLE BARRY A. BRYANT
U.S. MAGISTRATE JUDGE